# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131267

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RALPH MASON,
   Plaintiff-Appellee,

v

             SC: 131267
             COA: 265522
             WCAC: 04-000078

PAPA ROMANO, and HARTFORD
ACCIDENT & INDEMNITY COMPANY,
   Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal the April 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006                 

l0821                   Clerk